UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KALIAPPAN G STUBBS,

                Plaintiff,

v.

CAROLYN COLVIN, Commissioner of Social Security,

                Defendant.

CASE NO. C13-5535 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 24), and Plaintiff Kaliappan Stubbs's objections to the R&R (Dkt. 25).

On August 6, 2014, Judge Strombom issued the R&R recommending that the Court affirm the Administrative Law Judge's ("ALJ") decision that Stubbs is not disabled. Dkt. 24. On August 20, 2014, Stubbs filed objections. Dkt. 25. On September 9, 2014, the Government responded. Dkt. 26.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

ORDER - 1

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In his objections, Stubbs merely reiterates the arguments that he presented in his opening brief and disagrees with Judge Strombom's rejection of those arguments. Stubbs's objections raise no new issues to be considered, and the Court agrees with Judge Strombom's well reasoned rejections of Stubbs's arguments.

Therefore, the Court having considered the R&R, Stubbs's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The ALJ's decision is **AFFIRMED**; and

(3) This action is **DISMISSED**.

Dated this 15th day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge